IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RGYA ONLINE and<br>THE INDIVIDUALS AND ENTITIES<br>OPERATING RGYA ONLINE,<br><br>    Defendants. | Case No. 25-cv-05431<br><br>**Judge LaShonda A. Hunt**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Universal City Studios LLC ("Plaintiff") hereby withdraws its Motion for Leave to File Under Seal [3].

Dated this 16th day of May 2025.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff Universal City Studios LLC*